NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR. No. 11-82 |
| SHAWN COPELAND | **ORDER** |

THOMPSON, U.S.D.J.

On December 13, 2019 this Court held a Status Conference regarding the violations of the conditions of supervision by Defendant Copeland, as outlined in the Report on Offender Under Supervision (ECF No. 23). The Court addressed i) Defendant's outdated charge for littering, ii) Defendant's likely to be dismissed charge for assault, and iii) Defendant's failure to make payments towards his court ordered financial obligations. As stated in the December 13, 2019 Status Conference,

IT IS on this 13th day of December, 2019,

ORDERED that Defendant must make payments towards his financial obligations to the Court in installments of $25.00 per week, starting on December 20, 2019. Payments must be made to the United States District Court for the District of New Jersey at 50 Walnut Street, Newark, NJ 07102. Any changes to this payment schedule must be approved by the Court.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.